CRAIG S. NEWMAN, ESQ.
Nevada Bar No. 003780
ANTHONY R. AGER, ESQ.
Nevada Bar No. 007969
**DURHAM JONES & PINEGAR, P.C.**
10785 W. Twain Ave., Suite 200
Las Vegas, Nevada 89135
Tel.: (702) 870-6060
Fax: (702) 870-6090
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MGM GRAND HOTEL, INC., dba MGM GRAND HOTEL/CASINO,<br><br>Plaintiff,<br><br>vs.<br><br>PAULO SERGIO RIBEIRO aka PAULO F. RIBEIRO aka PAULO S. RIBEIRO,<br><br>Defendant. | Case No:   CV-S-97-00911-HDM (LRL)<br><br><br>**ORDER** |

This Court, having considered Plaintiff's Application/Affidavit of Renewal of Judgment, and good cause otherwise appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Judgment in favor of Plaintiff, MGM GRAND HOTEL, INC., dba MGM GRAND HOTEL/CASINO, and against Defendant, PAULO SERGIO RIBEIRO aka PAULO F. RIBEIRO aka PAULO S. RIBEIRO, is hereby renewed and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

LV_358055.1

1  extended for six years from November __11__, 2015 (the dated Plaintiff filed its Affidavit
2  of Renewal of Judgment).
3      DATED: __November 13, 2015__.

*/s/ Howard D. McKibben*
_____
United States District Judge

Respectfully submitted by:

**DURHAM JONES & PINEGAR, P.C.**

By: _____
    CRAIG S. NEWMAN, ESQ.
    Nevada Bar No. 003780
    ANTHONY R. AGER, ESQ.
    Nevada Bar No. 007969
    10785 W. Twain Ave., Suite 200
    Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

LV_358055.1