SCOTT T. WHITWORTH, ESQ.
Nevada Bar No. 15671
6385 S. Rainbow Blvd, Suite 500
Las Vegas, NV 89118
Tel.: (702) 692-5635
Fax: (702) 692-9525
Email: swhitworth@mgmresorts.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MGM GRAND HOTEL, LLC dba MGM GRAND HOTEL/CASINO,<br><br>Plaintiff,<br><br>vs.<br><br>PAULO SERGIO RIBEIRO<br>aka PAULO F. RIBEIRO<br>aka PAULO S. RIBEIRO,<br><br>Defendant. | CASE NO.: CV-S-97-00911-HDM (LRL)<br><br>**ORDER** |

STATE OF NEVADA        )

COUNTY OF CLARK      ) ss.

 The Court having considered Plaintiff's Affidavit for Renewal of Judgment, and good cause appearing therefor,

 IT IS HEREBY ORDERED that the Judgment in favor of MGM Grand Hotel, LLC dba MGM GRAND HOTEL/CASINO and against Paulo Sergio Ribeiro, a/k/a Paulo F. Ribeiro, a/k/a Paulo S. Ribeiro, be renewed and extended for six years from the date of entry of this order.

 DATED this __12th__ day of November, 2021.

*/s/ Howard D. McKibben*
United States District Court Judge